

# UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF MICHIGAN

**KINIKIA D. ESSIX**
COURT ADMINISTRATOR
PHONE: 313-234-5051
FAX: 313-234-5399

539 THEODORE LEVIN UNITED STATES COURTHOUSE
231 W. LAFAYETTE BOULEVARD
DETROIT, MICHIGAN 48226
www.mied.uscourts.gov

DIVISIONAL OFFICES
ANN ARBOR
BAY CITY
FLINT
PORT HURON

January 12, 2022

Nancy Dillard
14655 Whitcomb
Detroit, Michigan 48227

In Re: *Nancy Dillard v. Ford Motor Company*, Case No. 10-cv-14575

Dear Ms. Dillard,

I have been contacted by Chief Judge Denise Page Hood who presided over the above referenced case.

Chief Judge Hood informed me that it has been brought to her attention while she presided over the above captioned case, she owned a small amount of stock in Ford Motor Company. Her ownership of stock neither affected nor impacted her decisions in the case, but her stock ownership would have required recusal under the Code of Conduct for United States Judges, and thus, Chief Judge Hood directed that I notify the parties of the conflict.

Advisory Opinion 71, from the Judicial Conference Codes of Conduct Committee, provides the following guidance for addressing disqualification that is not discovered until after a judge has participated in a case:

> [A] judge should disclose to the parties the facts bearing on disqualification as soon as those facts are learned even though that may occur after entry of a decision. The parties may then determine what relief they may seek and a court (without the disqualified judge) will decide the legal consequence, if any, arising from the participation of the disqualified judge in the entered decision.

Although Advisory Opinion 71 contemplates disqualification after a Court of Appeals oral argument, the Committee explained "[s]imilar consideration would apply when a judgment was entered in a district court by a judge and it is later learned that the judge was disqualified."

Letter Re Case No. 10-cv-14575
January 12, 2022

Page 2

With Advisory Opinion 71 in mind, you are invited to respond to the Court's disclosure of a conflict in this case. Should you wish to respond, please submit your response on or before February 4, 2022. Any response will be considered by another judge of this court without the participation of Chief Judge Hood.

Sincerely,

*[signature]*

Kinikia D. Essix
Court Administrator